UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSE MORALES ARANDA,<br>Institutional ID No. 04934-480<br><br>Plaintiff,<br><br>v.<br><br>GILES W. DALBY<br>CORRECTIONAL FACILITY,<br><br>Defendant. | No. 5:20-CV-00116-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated September 30, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge